

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Austin Bridge & Road, LP **V.**  Raquel Suarez, Lucila Suarez, Raquel Suarez, Ruben Dario Suarez, Individually and as heirs to and Representatives of the estate of Jose Dario Suarez, deceased

Appellate case number:   01-16-00682-CV

Trial court case number:  2014-11694

Trial court:             151st District Court of Harris County

Date motion filed:        June 18, 2018

Party filing motion:      Appellees, Suarez et al.

It is ordered that the motion for en banc reconsideration is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
                        ☐ Acting Individually ☒ Acting for the Court

The en banc court consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Lloyd, and Caughey.  Justice Brown not participating.

Date: October 4, 2018